UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Roger Frye LARGO,

Petitioner,

v.

DOE 1, et al.,

Respondents.

Case No.:  26-cv-0887-AGS-BLM

**ORDER DENYING HABEAS PETITION (ECF 1) AND DENYING IMMEDIATE-RELEASE MOTION (ECF 2)**

Petitioner Roger Largo seeks a writ of habeas corpus releasing him from immigration detention. But he doesn't qualify for release, so his petition must be denied.

On December 19, 2025, Largo was ordered removed from the United States. (ECF 7-1, at 5.) A month later, that removal order became administratively final, which triggered what is known as the "removal period"—"a period of 90 days" during which the government "*shall* detain the alien" while seeking his removal. *See* 8 U.S.C. § 1231(a)(1)(A) (emphasis added); *see also Johnson v. Guzman Chavez*, 594 U.S. 523, 533–34 (2021) ("As relevant here, the removal period begins when an alien is 'ordered removed,' and the removal order becomes 'administratively final.'" (discussing 8 U.S.C. § 1231(a)(1)(B))).

Largo's removal period is still in the 90-day window of statutorily mandated detention. In other words, his detention "is not merely legal, but required." *Tumasov v. Doe 1*, No. 25-cv-2704-AGS-JLB, 2025 WL 3171897, at *1 (S.D. Cal. Nov. 13, 2025). This is so even though Largo has been in immigration custody for nine months. The detention statute at issue here—8 U.S.C. § 1231—only concerns the custodial time *after* his removal order was finalized. *See Johnson*, 594 U.S. at 533–34 (discussing the interplay between § 1231 and a pre-removal-order detention statute). Any pre-removal-order custody does not count toward the 90-day removal period, which "beg[an]" once Largo's removal order was "administratively final," *Johnson*, 594 U.S. at 533, and during which the government "shall detain" him, *see* 8 U.S.C. § 1231(a)(1)(A).

1

25-cv-2704-AGS-JLB

Thus, Largo's habeas petition is **DENIED**. The immediate-release motion is **DENIED** as moot.

Dated:  April 2, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

2

25-cv-2704-AGS-JLB